UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA: TAMPA

JOHN W. HOPKINS and ROBERT BARNETT,
individually and on behalf of all others similarly
situated,

Plaintiffs,

-against-                                    **COMPLAINT**

KJMK MANAGEMENT, INC., individually and
d/b/a REALSTREET STAFFING,
KEVIN MCGOVERN, and JUDITH MCGOVERN,

Defendants.

## INTRODUCTION

1.  This case is an action to remedy the failure of defendants to pay plaintiffs overtime premium pay as required by the Fair Labor Standards Act (FLSA), 29 U.S.C. §201 et seq..

2.  Plaintiffs seek unpaid wages, liquidated damages, costs and attorneys' fees as well as declaratory relief under the FLSA.

## JURISDICTION

3.  Jurisdiction is conferred upon this Court by 29 U.S.C. §216(b) of the Fair Labor Standards Act, by 28 U.S.C. §1331, this action arising under laws of the United States, and by 28 U.S.C. §1337, this action arising under Acts of Congress regulating commerce. Jurisdiction over plaintiffs' claims for declaratory relief is conferred by 28 U.S.C. §§2201 and 2202.

## VENUE

4.  Venue is proper in this district pursuant to 28 U.S.C. §1391(b).

5.  Upon information and belief, defendant KJMK resides in this district.

1

6.     Plaintiff HOPKINS performed labor for defendants within this district.

7.     Plaintiff HOPKINS resides in this district.

**PARTIES**

### A. Plaintiffs

8.     Plaintiffs JOHN W. HOPKINS and ROBERT BARNETT were employees of defendants. Their consent to sue forms are attached to the back of this complaint.

9.     Plaintiff JOHN W. HOPKINS worked for defendants in Florida in this District.

10.    Plaintiffs JOHN W. HOPKINS and ROBERT BARNETT were engaged in commerce in their work for defendant.

11.    The named plaintiffs represent other employees engaged in staffing FEMA disaster recovery efforts paid on an hourly basis without receiving time and one half premium pay by defendants for hours over forty in a work week.

### B. Defendants

12.    Defendant KJMK MANAGEMENT, INC., individually and d/b/a REALSTREET STAFFING lists its business address as 2500 Wallington Way, Ste. 208, Marriotsville, MD 21104-1507.

13.    Upon information and belief, defendant corporation is a Delaware corporation headquartered in Maryland.

14.    Defendant company's business is to provide staffing to FEMA for its disaster recovery efforts.

15.    Defendants KEVIN MCGOVERN and JUDITH MCGOVERN are officers of defendant KJMK and in that capacity they set the pay and labor practices for the company, including

2

overtime pay.

16. Defendants are an enterprise engaged in commerce for purposes of the Fair Labor Standards Act.

17. All actions and omissions described in this complaint were made by defendants directly or through their supervisory employees and agents.

**FACTS**

18. Plaintiff HOPKINS began his employment with defendants in or about August 2004.

19. He ceased employment with defendant in or about October 2006.

20. Plaintiff BARNETT began his employment with defendants in or about November 2004.

21. He ceased employment with defendant in or about June 2006.

22. Plaintiffs regularly worked more than 40 hours per week for defendants.

23. Plaintiff HOPKINS and Plaintiff BARNETT were paid at hourly rates.

24. Defendants failed to pay plaintiffs overtime compensation at the rate of time and one-half for all hours worked over 40 in a week.

25. Defendants' failure to pay plaintiffs the proper wages required by law was willful.

## FIRST CAUSE OF ACTION
## (FAIR LABOR STANDARDS ACT)

26. Defendants failed to pay overtime wages to the plaintiffs in violation of the Fair Labor Standards Act, 29 U.S.C. §207 et seq. and its implementing regulations.

27. Defendants' failure to pay proper wages for each hour worked over 40 per week was willful within the meaning of the FLSA.

28. Defendants' failure to comply with the FLSA overtime protections caused plaintiffs to suffer loss of wages and interest thereon.

WHEREFORE, plaintiffs request that this Court enter an order:

1. Declaring that the defendants violated the Fair Labor Standards Act;

2. Declaring that the defendants' violations of the FLSA were willful;

3. Granting judgment to the plaintiffs for their claims of unpaid wages as secured by the Fair Labor Standards Act as well as an equal amount in liquidated damages;

4. Awarding the plaintiffs their costs and reasonable attorneys' fees; and

5. Granting such further relief as the Court finds just.

Dated: October 12, 2006

Respectfully Submitted,

Dan Getman
GETMAN LAW OFFICE
9 Paradies Lane
New Paltz, NY  12561
phone:  (845) 255-9370
fax: (845) 255-8649
Email: dgetman@getmanlaw.com

Jeffrey  Klink
P. O. Box 21142
Tampa, FL 33622-1142
Tel: 813.920.3474
Fax: 813.920.3661
EMail: jhklink@verizon.net.

ATTORNEYS FOR PLAINTIFFS

## CONSENT TO SUE

I hereby consent to be a plaintiff in this Fair Labor Standards Act case. I consent to the bringing of any claims I may have under the Fair Labor Standards Act (for unpaid overtime, liquidated damages, attorney's fees, costs and other relief) against the defendants KJMK Management, Inc., Realstreet Staffing, and Kevin McGovern. I authorize the Getman Law Office, their successors and assigns, to represent me in this case.

Dated: _10-4-06_

Signature: _John W Hopkins_

Name (printed): _JOHN W. HOPKINS_

Address: _320 HAMLIN AVE_
_SATELLITE BEACH_
_FL. 32937_

Phone: _(321) 779-4585_

Email: _PIZZA32937@YAHOO.COM_

## CONSENT TO SUE

I hereby consent to be a plaintiff in this Fair Labor Standards Act case. I consent to the bringing of any claims I may have under the Fair Labor Standards Act (for unpaid overtime, liquidated damages, attorney's fees, costs and other relief) against the defendants KJMK Management, Inc., Realstreet Staffing, and Kevin McGovern. I authorize the Getman Law Office, their successors and assigns, to represent me in this case.

Dated: _10/09/06_

Signature: _Robert Barnett_

Name (printed): _Robert Barnett_

Address: _3316 Merrimac Drive_
_Springfield, IL. 62704_

Phone: _(217) 787-7202_

Email: _robert_brntt@yahoo.com_