**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

JOHN W. HOPKINS and ROBERT BARNETT,
individually and on behalf of all others similarly
situated,

                    Plaintiffs,

-vs-                                                  Case No.  8:06-cv-1886-T-24MAP

KJMK MANAGEMENT, INC., individually and
d/b/a REALSTREET STAFFING, KEVIN
MCGOVERN and JUDITH MCGOVERN,

                    Defendants.
_____/

## O R D E R

This cause comes before the Court sua sponte for reconsideration of the parties' Joint Motion to File the Parties' Settlement Agreement Under Seal (Doc. No. 14). This Court previously granted the motion to the extent that the Court allowed the Settlement Agreement to be filed under seal in order for the Court to examine the Settlement Agreement and determine whether it complies with Local Rule 1.09's requirements that "[n]o settlement agreement shall be sealed absent extraordinary circumstances, such as ... protection of trade secrets or other valuable proprietary information ...." The Court advised the parties that if the Court determined that the Settlement Agreement does not comply with Local Rule 1.09 and may not remain under seal, the Settlement Agreement would be returned to the parties. The parties filed the Settlement Agreement under seal on March 1, 2007 (Doc. No. S-1).

Upon review of the Settlement Agreement, the Court finds that the Settlement Agreement does not contain any proprietary information so as to warrant the sealing of the Settlement

Agreement.  See Stalnaker v. Novar Corp., 293 F. Supp. 2d 1260, 1263-65 (M.D. Ala.  2003).  Accordingly, the  the parties' Joint Motion to File the Parties' Settlement Agreement Under Seal (Doc. No. 14) is, upon further review, **DENIED**.  The Clerk is directed to return the Settlement Agreement to the parties.  The parties must file the Settlement Agreement in the public judicial record by March 23, 2007, in order for the Court to approve the Settlement Agreement.

**DONE AND ORDERED** at Tampa, Florida, this 7th day of March, 2007.

*Susan C. Bucklew*
SUSAN C. BUCKLEW
United States District Judge